# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Aegis Capital Corporation, a New York corporation<br><br>-v-<br><br>Jupiter Wellness, Inc., a Delaware corporation<br><br>Plaintiff,<br><br>Defendant. | Case No._____<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Aegis Capital Corporation (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** 6-23-2022

/s/ John F. Baughman
**Signature of Attorney**

**Attorney Bar Code:** 2622496